| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GRP Asset Management LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Electric Power<br>PO Box 371496<br>Pittsburgh, PA 15250** | | | | | | **$4,209.18** |
| **Blue Cross & Blue Shield<br>PO Box 580086<br>Charlotte, NC 28258** | | | | | | **$15,300.43** |
| **Comcast 68<br>PO Box 70219<br>Philadelphia, PA 19176** | | | | | | **$3,014.75** |
| **Compeat Inc.<br>PO Box 120397<br>Dallas, TX 75312** | | | | | | **$7,103.95** |
| **Direct TV<br>PO Box 105249<br>Atlanta, GA 30348** | | | | | | **$7,840.61** |
| **Ecolab Chicago<br>PO Box 70343<br>Chicago, IL 60673** | | | | | | **$7,245.20** |
| **Eric Advisors LLC<br>14504 Hertz Quail Springs Pkwy<br>Oklahoma City, OK 73104** | | | | | | **$17,661.00** |
| **Harrison City Sheriff & Treasurer<br>301 West Main St<br>Clarksburg, WV 26301** | | | **Unliquidated** | | | **Unknown** |
| **Kegel's Produce<br>PO Box 4682<br>Lancaster, PA 17604** | | | | | | **$5,700.48** |
| **Liberty Mutual Ins.<br>PO Box 1449<br>New York, NY 10116** | | | | | | **$32,056.70** |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **GRP Asset Management LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meadowbrook Mall Co.<br>PO Box 932400<br>Cleveland, OH 44193** | | | | | | **$223,408.00** |
| **Ohio Valley Mall<br>PO Box 932400<br>Cleveland, OH 44193** | | | | | | **$113,943.21** |
| **PA Department of Revenue<br>Harrisburg, PA 17128-0946** | | | **Unliquidated** | | | **Unknown** |
| **Pesta Finnie Associates LLP<br>6826 Morrison Blvd.<br>Charlotte, NC 28211** | | | | | | **$6,000.00** |
| **Pocono Produce Co<br>PO Box 669<br>Stroudsburg, PA 18360** | | | | | | **$36,272.23** |
| **PPL Electric Utilities 85<br>2 North Ninth St.<br>Allentown, PA 18101** | | | | | | **$21,132.29** |
| **PR Washington Crown Limited<br>1500 West Chestnut St.<br>Washington, PA 15301** | | | | | | **$93,750.00** |
| **Sysco Pittsburg<br>One Whitney Drive<br>Harony, PA 16037** | | | | | | **$104,740.32** |
| **UGI Penn Natural Gas Inc<br>PO Box 15503<br>Wilmington, DE 19886** | | | | | | **$5,012.46** |
| **West Penn Power<br>PO Box 3687<br>Akron, OH 44309** | | | | | | **$14,680.90** |



Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy