# United States Bankruptcy Court
## Southern District of Texas Victoria Division

In re **GRP Asset Management LLC** Case No.
Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peterson, Jimmie Lee**<br>**PO Box 1338**<br>**Goliad, TX 77963** | **n/a** | | **indirect owner** |
| **Quality Foods, Inc.**<br>**516-D River Hwy., PMB 376**<br>**Mooresville, NC 28117** | **100%** | | **membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 10, 2022** Signature **/s/ Jimmie Lee Peterson**
**Jimmie Lee Peterson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy