# United States Bankruptcy Court
## Southern District of Texas Victoria Division

In re **GRP Asset Management LLC** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GRP Asset Management LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Quality Foods, Inc.**
**516-D River Hwy., PMB 376**
**Mooresville, NC 28117**

☐ None [*Check if applicable*]

**March 10, 2022**
Date

**/s/ Nathaniel Peter Holzer**
**Nathaniel Peter Holzer 00793971**
Signature of Attorney or Litigant
Counsel for **GRP Asset Management LLC**

**Attorney at Law**
**4102 Ocean Drive**
**Corpus Christi, TX 78411**
**361.563.6175**
**pete@npholzerlaw.com**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy