**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| GRP ASSET MANAGEMENT LLC, *et al.*, | Case No. 22-60014 |
| Debtor(s) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

TO ALL PARTIES:

Please take notice that Lindsey M. Harrison Madgar, Associate Counsel of Cafaro Management Company, hereby enters her appearance on behalf of Meadowbrook Mall Company and Ohio Valley Mall Company, pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 200(a), (b), and (f) and 3017(a). All such copies should be addressed as follows:

**Lindsey M. Harrison Madgar**
**Cafaro Management Company**
**5577 Youngstown-Warren Road**
**Niles, OH 44446**
**Telephone: (330) 747-2661**
**Fax: (330) 743-2902**
**E-Mail: LMadgar@cafarocompany.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes without limitation, notices of any application, complaint, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail, or otherwise, filed with regard to the above case and proceedings.

Dated: March 14, 2022

Respectfully submitted,

/s/ Lindsey M. Harrison Madgar___________
Lindsey M. Harrison Madgar
OH 0098672 (Admitted in SDTX)
Cafaro Management Company
5577 Youngstown-Warren Rd.
Niles, Ohio 44446
(330) 747-2661
(330) 743-2902
LMadgar@cafarocompany.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th, day of March, 2022, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

/s/ Lindsey M. Harrison Madgar
Lindsey M. Harrison Madgar