Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | GRP Asset Management, LLC<br>Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Southern District of Texas | Date case filed for chapter: 11 | 3/10/22 |
| Case number: | 22–60014 | | |

# Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | GRP Asset Management, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 516–D River Hwy., PMB 376<br>Mooresville, NC 28117 | |
| **4. Debtor's attorney**<br>Name and address | Nathaniel Peter Holzer<br>4102 Ocean Drive<br>Corpus Christi, TX 78411 | Contact phone 361.563.6175<br>Email: pete@npholzerlaw.com |
| **5. Bankruptcy trustee**<br>Name and address | None | Contact phone _____________<br>Email: None |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br>Contact phone (361) 788–5000<br>Date: 3/21/22 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **April 4, 2022 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866–707–5468, passcode 6166997** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 7/5/22<br>**For a governmental unit:** 9/14/22<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** ___________ | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Southern District of Texas

In re:
GRP Asset Management, LLC
Debtor

Case No. 22-60014-cml
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-6 User: ADIuser Page 1 of 4
Date Rcvd: Mar 21, 2022 Form ID: 309F2 Total Noticed: 93

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GRP Asset Management, LLC, 516-D River Hwy., PMB 376, Mooresville, NC 28117-6830 |
| aty | + | Ha Minh Nguyen, Office of the United States Trustee, 515 Rusk St, Ste 3516, Houston, TX 77002-2604 |
| aty | + | Lindsey Marie Harrison Madgar, Cafaro, 5577 Youngstown-Warren Rd, Niles, OH 44446-4803 |
| cr | + | Cafaro Management Company, 5577 Youngstown-Warren Rd, Niles, OH 44446-4803 |
| 12041257 | + | 360 Services, 51 Koweba Ln, Indianapolis, IN 46201-4107 |
| 12041258 | + | Allegra Design Marketing Print, 8017 North Point Blvd, Winston Salem, NC 27106-3203 |
| 12041259 | + | Allied Refrigeration Inc., Po Box 184, Anmoore, WV 26323-0184 |
| 12041266 | + | BMI, PO Box 630893, Cincinnati, OH 45263-0893 |
| 12041261 | + | Barton Septic Tank Service, LLC, 70170 Provident Fairpoint Rd, Saint Clairsville, OH 43950-9674 |
| 12041262 | + | Belmont County Sanitary Sewer District, PO Box 457, Saint Clairsville, OH 43950-0457 |
| 12041263 | + | Berkheimer Tax Administration, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 12041264 | + | Beverage Distributors Inc., PO Box 866, Clarksburg, WV 26302-0866 |
| 12041265 | + | Blue Cross & Blue Shield, PO Box 580086, Charlotte, NC 28258-0086 |
| 12041267 | + | Boelter Companies Inc, PO Box 734296, Chicago, IL 60673-4296 |
| 12041268 | + | Charleston FIlter Service, PO Box 710, Elkview, WV 25071-0710 |
| 12041269 | + | Cintas, PO Box 630910, Cincinnati, OH 45263-0910 |
| 12041272 | + | Columbia Gas of PA, PO Box 70285, Philadelphia, PA 19176-0285 |
| 12041273 | + | Comcast 68, PO Box 70219, Philadelphia, PA 19176-0219 |
| 12041274 | + | Compeat Inc., PO Box 120397, Dallas, TX 75312-0397 |
| 12041275 | + | Crosier's Sanitrary Service, Inc., PO Box 278, New Market, VA 22844-0278 |
| 12041276 | + | Dempsey Uniform and Linen, 1200 Mid Valley Dr., Jessup, PA 18434-1823 |
| 12041277 | + | Direct Source Products, PO Box 270530, Flower Mound, TX 75027-0530 |
| 12041279 | + | Disposal Management Services, 154 Quarry Rd., Coal Township, PA 17866-7810 |
| 12041281 | + | Dominion Energy West Virginia, PO Box 26783, Richmond, VA 23261-6783 |
| 12041282 | + | East Coast Food Equipment, Inc, 570 Industrial Dr., Lewisberry, PA 17339-9534 |
| 12041283 | + | Ecolab Chicago, PO Box 70343, Chicago, IL 60673-0343 |
| 12041285 | + | Ehrlich, PO Box 13848, Reading, PA 19612-3848 |
| 12041286 | | Eric Advisors LLC, 14504 Hertz Quail Springs Pkwy, Oklahoma City, OK 73104 |
| 12041287 | + | Farner FIre, 1299 Route 18, Burgettstown, PA 15021-2313 |
| 12041288 | + | Filter Services of Ohio Valley, PO Box 222, Flatwoods, WV 26621-0222 |
| 12041289 | | Fintech.net, 3109 W. Dr., ste 200, Tampa, FL 33607 |
| 12041290 | #+ | Fishbowl, 44 CanalCenter Plaza, Ste 500, Alexandria, VA 22314-1563 |
| 12041291 | | Franklin Machine Products, 101 Mt. Holly Bypass, Walden, CO 80480 |
| 12041292 | ++ | GASKETS ROCK INTERNATIONAL, 409 PARKWAY VIEW DRIVE, PITTSBURGH PA 15205-1408 address filed with court:, Gaskets Rock, 504 Parkway View Dr, Pittsburgh, PA 15205 |
| 12041293 | + | Goodwin & Goodwin, PO Box 2107, Charleston, WV 25328-2107 |
| 12041294 | + | Granite Telecom, PO Box 983119, Boston, MA 02298-3119 |
| 12041295 | + | Hapchuk, Inc, 226 Rankin Rd, Washington, PA 15301-3182 |
| 12041296 | + | Harrison City Sheriff & Treasurer, 301 West Main St, Clarksburg, WV 26301-2978 |
| 12041298 | + | Ion Fire Protection, PO Box 9825, Columbus, OH 43209-0825 |
| 12041299 | + | JT Martin Fire and Safety, PO Box 670, Clarksburg, WV 26302-0670 |

| | | |
|---|---|---|
| 12041300 | + | Kegel's Produce, PO Box 4682, Lancaster, PA 17604-4682 |
| 12041301 | + | Kilpatrick Townsend & Stockton LLP, 1100 Peachstree St. Ste 2800, Atlanta, GA 30309-4530 |
| 12041302 | + | Liberty Mutual Ins., PO Box 1449, New York, NY 10116-1449 |
| 12041303 | + | Lincoln Financial, PO Box 0821, Carol Stream, IL 60132-0821 |
| 12041304 | + | Meadowbrook Mall Co., PO Box 932400, Cleveland, OH 44193-0012 |
| 12041305 | + | Microsoft, 1Microsoft Way, Redmond, WA 98052-8300 |
| 12041307 | + | Mr. Advance LLC, 35-12 19th Ave. Ste. 3W, Astoria, NY 11105-1001 |
| 12041308 | + | NCR Corp, PO Box 198755, Atlanta, GA 30384-8755 |
| 12041309 | + | NUCO2 Inc., PO Box 417902, Boston, MA 02241-7902 |
| 12041310 | + | Ohio Valley Mall, PO Box 932400, Cleveland, OH 44193-0012 |
| 12041311 | | PA Department of Revenue, Harrisburg, PA 17128-0946 |
| 12041319 | + | PPL Electric Utilities 85, 2 North Ninth St., Allentown, PA 18101-1179 |
| 12041320 | + | PR Washington Crown Limited, 1500 West Chestnut St., Washington, PA 15301-5864 |
| 12041312 | + | Pennsylvanie American Water Co, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 12041313 | + | Penteledata, PO Box 401, Palmerton, PA 18071-0401 |
| 12041314 | + | Pepper Creek Farms, 1002 SW Ard St., Lawton, OK 73505-9660 |
| 12041315 | + | Pesta Finnie Associates LLP, 6826 Morrison Blvd., Charlotte, NC 28211-4381 |
| 12041316 | + | Peterson, Jimmie Lee, PO Box 1338, Goliad, TX 77963-1338 |
| 12041317 | + | Pivotal Propane, 66800 Pogue Rd, Saint Clairsville, OH 43950-9419 |
| 12041318 | + | Pocono Produce Co, PO Box 669, Stroudsburg, PA 18360-0669 |
| 12041321 | + | Praxair Distribution Inc., PO Box 382000, Pittsburgh, PA 15250-0001 |
| 12041322 | + | Quality Foods, Inc., 516-D River Hwy., PMB 376, Mooresville, NC 28117-6830 |
| 12041324 | + | Redstone Advance, Inc., 157 Church St., ste 1971, New Haven, CT 06510-2100 |
| 12041325 | | Retail Data Systems of Kansas, 1809 Sout West St. ste 1, Wichita, KS 67213 |
| 12041326 | + | Samson Welding Suppy, PO Box 670, Clarksburg, WV 26302-0670 |
| 12041327 | + | Sanitary Linen service, PO Box 343, Parkersburg, WV 26102-0343 |
| 12041328 | + | Shambach's Janitorial Service, 216 E. Hass Manor Rd., Sunbury, PA 17801-5623 |
| 12041329 | + | Skene Law FIrm, 2614 Rte. 516, Old Bridge, NJ 08857-2306 |
| 12041330 | + | Susquehanna Valley Mall, PO Box 715152, Cincinnati, OH 45271-5152 |
| 12041331 | | Sysco Pittsburg, One Whitney Drive, Harony, PA 16037 |
| 12041332 | + | Talentreef, PO Box 7410017, Chicago, IL 60674-5017 |
| 12041333 | + | The Avanza Group, LLC, 3974 Amboy Rd., Ste 306, Staten Island, NY 10308-2414 |
| 12041334 | + | Total Systems Control Inc., 1002 Oak St., Clairton, PA 15025-3112 |
| 12041335 | + | UGI Penn Natural Gas Inc, PO Box 15503, Wilmington, DE 19850-5503 |
| 12041336 | + | Vector Security, 100 Allegheny Dr., ste 200, Warrendale, PA 15086-7610 |
| 12041339 | + | Waste Management, PO Box 93538, Las Vegas, NV 89193-3538 |
| 12041340 | + | Weisenborn Plumbing Inc, PO Box 413, Lansing, OH 43934-0413 |
| 12041343 | + | XO Communications, PO Box 15043, Albany, NY 12212-5043 |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: pete@npholzerlaw.com | Mar 21 2022 19:46:00 | Nathaniel Peter Holzer, 4102 Ocean Drive, Corpus Christi, TX 78411 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Mar 21 2022 19:47:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12041260 | | Email/Text: dcsnowden@aep.com | Mar 21 2022 19:46:00 | American Electric Power, PO Box 371496, Pittsburgh, PA 15250 |
| 12041270 | + | Email/Text: akelley@bridgeportwv.com | Mar 21 2022 19:47:00 | City of Bridgeport, PO Box 1310, Bridgeport, WV 26330-6310 |
| 12041271 | + | Email/Text: todd.dlugos@citynet.net | Mar 21 2022 19:47:00 | Citynet LLC, 100 Citynet Dr., Bridgeport, WV 26330-1784 |
| 12041278 | + | Email/Text: G06041@att.com | Mar 21 2022 19:47:00 | Direct TV, PO Box 105249, Atlanta, GA 30348-5249 |
| 12041284 | + | Email/Text: bankruptcynotices@ecolab.com | Mar 21 2022 19:47:00 | Ecolab Pest Elimination, 26252 Newtwork Place, Chicago, IL 60673-1262 |
| 12041297 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 21 2022 19:46:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12041306 | + | Email/Text: bankruptcy@mdes.ms.gov | Mar 21 2022 19:47:00 | Mississippi Dept. Employment Security, PO Box 22730, Jackson, MS 39225-2730 |
| 12041256 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Mar 21 2022 19:47:00 | United States Trustee, Office of the United States Trustee, 515 Rusk, Suite 3516, Houston, TX 77002-2604 |
| 12041337 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 21 2022 19:46:00 | Verizon 85, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 12041338 | + | Email/Text: customerservice@wewja.org | Mar 21 2022 19:47:00 | Washington - East Washington Joint Autho, PO Box 510, Washington, PA 15301-0510 |
| 12041341 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 21 2022 19:47:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 12041342 | + | Email/Text: stacy.a.jacques@wv.gov | Mar 21 2022 19:46:00 | West Virginia Divison of Highways, PO Box 11013, Charleston, WV 25339-1013 |
| 12042763 | | Email/Text: TaxBankruptcy@wv.gov | Mar 21 2022 19:46:00 | West Virginia State Tax Dept, attn: bankruptcy unit, PO Box 2389, Charleston WV 25328-2389 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12041280 | ##+ | Doctor Dead Bug, 1177 Mt. Hope Rd, Ellwood City, PA 16117-6929 |
| 12041323 | ##+ | Rapid Mechanical Services, 222 North Main St., Uhrichsville, OH 44683-1833 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Lindsey Marie Harrison Madgar | on behalf of Creditor Cafaro Management Company lmadgar@cafarocompany.com |
| Nathaniel Peter Holzer | on behalf of Debtor GRP Asset Management LLC pete@npholzerlaw.com |
| US Trustee | |

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 4