United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: PARAISO LLC<br>Debtor. | §<br>§ | CASE NO. 22-60011<br>CHAPTER 11 |
| IN RE: CLAREMONT RESTAURANT GROUP, LLC<br>Debtor. | §<br>§<br>§ | CASE NO. 22-60012<br><br>CHAPTER 11 |
| IN RE: GRP ASSET MANAGEMENT, LLC<br>Debtor. | §<br>§<br>§ | CASE NO. 22-60014<br>CHAPTER 11 |

**ORDER FOR JOINT ADMINISTRATION**

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. _X__. One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. _X__. Parties may request joint hearings on matters pending in any of the jointly administered cases.

A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of Paraiso, LLC) substantially as follows:

An order has been entered in this case directing
the joint administration of the chapter 11 cases of
Paraiso, LLC et al. The docket in Case No. 22-60011
should be consulted for all matters affecting this case.

Signed: March 23, 2022

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 22-60014-cml
GRP Asset Management, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-6 User: ADIuser Page 1 of 3
Date Rcvd: Mar 23, 2022 Form ID: pdf001 Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GRP Asset Management, LLC, 516-D River Hwy., PMB 376, Mooresville, NC 28117-6830 |
| cr | + | Cafaro Management Company, 5577 Youngstown-Warren Rd, Niles, OH 44446-4803 |
| 12041257 | + | 360 Services, 51 Koweba Ln, Indianapolis, IN 46201-4107 |
| 12041258 | + | Allegra Design Marketing Print, 8017 North Point Blvd, Winston Salem, NC 27106-3203 |
| 12041259 | + | Allied Refrigeration Inc., Po Box 184, Anmoore, WV 26323-0184 |
| 12041266 | + | BMI, PO Box 630893, Cincinnati, OH 45263-0893 |
| 12041261 | + | Barton Septic Tank Service, LLC, 70170 Provident Fairpoint Rd, Saint Clairsville, OH 43950-9674 |
| 12041262 | + | Belmont County Sanitary Sewer District, PO Box 457, Saint Clairsville, OH 43950-0457 |
| 12041263 | + | Berkheimer Tax Administration, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 12041264 | + | Beverage Distributors Inc., PO Box 866, Clarksburg, WV 26302-0866 |
| 12041265 | + | Blue Cross & Blue Shield, PO Box 580086, Charlotte, NC 28258-0086 |
| 12041267 | + | Boelter Companies Inc, PO Box 734296, Chicago, IL 60673-4296 |
| 12041268 | + | Charleston FIlter Service, PO Box 710, Elkview, WV 25071-0710 |
| 12041269 | + | Cintas, PO Box 630910, Cincinnati, OH 45263-0910 |
| 12041272 | + | Columbia Gas of PA, PO Box 70285, Philadelphia, PA 19176-0285 |
| 12041273 | + | Comcast 68, PO Box 70219, Philadelphia, PA 19176-0219 |
| 12041274 | + | Compeat Inc., PO Box 120397, Dallas, TX 75312-0397 |
| 12041275 | + | Crosier's Sanitrary Service, Inc., PO Box 278, New Market, VA 22844-0278 |
| 12041276 | + | Dempsey Uniform and Linen, 1200 Mid Valley Dr., Jessup, PA 18434-1823 |
| 12041277 | + | Direct Source Products, PO Box 270530, Flower Mound, TX 75027-0530 |
| 12041279 | + | Disposal Management Services, 154 Quarry Rd., Coal Township, PA 17866-7810 |
| 12041281 | + | Dominion Energy West Virginia, PO Box 26783, Richmond, VA 23261-6783 |
| 12041282 | + | East Coast Food Equipment, Inc, 570 Industrial Dr., Lewisberry, PA 17339-9534 |
| 12041283 | + | Ecolab Chicago, PO Box 70343, Chicago, IL 60673-0343 |
| 12041285 | + | Ehrlich, PO Box 13848, Reading, PA 19612-3848 |
| 12041286 | | Eric Advisors LLC, 14504 Hertz Quail Springs Pkwy, Oklahoma City, OK 73104 |
| 12041287 | + | Farner FIre, 1299 Route 18, Burgettstown, PA 15021-2313 |
| 12041288 | + | Filter Services of Ohio Valley, PO Box 222, Flatwoods, WV 26621-0222 |
| 12041289 | | Fintech.net, 3109 W. Dr., ste 200, Tampa, FL 33607 |
| 12041290 | #+ | Fishbowl, 44 CanalCenter Plaza, Ste 500, Alexandria, VA 22314-1563 |
| 12041291 | | Franklin Machine Products, 101 Mt. Holly Bypass, Walden, CO 80480 |
| 12041292 | ++ | GASKETS ROCK INTERNATIONAL, 409 PARKWAY VIEW DRIVE, PITTSBURGH PA 15205-1408 address filed with court:, Gaskets Rock, 504 Parkway View Dr, Pittsburgh, PA 15205 |
| 12041293 | + | Goodwin & Goodwin, PO Box 2107, Charleston, WV 25328-2107 |
| 12041294 | + | Granite Telecom, PO Box 983119, Boston, MA 02298-3119 |
| 12041295 | + | Hapchuk, Inc, 226 Rankin Rd, Washington, PA 15301-3182 |
| 12041296 | + | Harrison City Sheriff & Treasurer, 301 West Main St, Clarksburg, WV 26301-2978 |
| 12041298 | + | Ion Fire Protection, PO Box 9825, Columbus, OH 43209-0825 |
| 12041299 | + | JT Martin Fire and Safety, PO Box 670, Clarksburg, WV 26302-0670 |
| 12041300 | + | Kegel's Produce, PO Box 4682, Lancaster, PA 17604-4682 |
| 12041301 | + | Kilpatrick Townsend & Stockton LLP, 1100 Peachstree St. Ste 2800, Atlanta, GA 30309-4530 |

| | | |
|---|---|---|
| 12041302 | + | Liberty Mutual Ins., PO Box 1449, New York, NY 10116-1449 |
| 12041303 | + | Lincoln Financial, PO Box 0821, Carol Stream, IL 60132-0821 |
| 12041304 | + | Meadowbrook Mall Co., PO Box 932400, Cleveland, OH 44193-0012 |
| 12041305 | + | Microsoft, 1Microsoft Way, Redmond, WA 98052-8300 |
| 12041307 | + | Mr. Advance LLC, 35-12 19th Ave. Ste. 3W, Astoria, NY 11105-1001 |
| 12041308 | + | NCR Corp, PO Box 198755, Atlanta, GA 30384-8755 |
| 12041309 | + | NUCO2 Inc., PO Box 417902, Boston, MA 02241-7902 |
| 12041310 | + | Ohio Valley Mall, PO Box 932400, Cleveland, OH 44193-0012 |
| 12041311 | | PA Department of Revenue, Harrisburg, PA 17128-0946 |
| 12041319 | + | PPL Electric Utilities 85, 2 North Ninth St., Allentown, PA 18101-1179 |
| 12041320 | + | PR Washington Crown Limited, 1500 West Chestnut St., Washington, PA 15301-5864 |
| 12041312 | + | Pennsylvanie American Water Co, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 12041313 | + | Penteledata, PO Box 401, Palmerton, PA 18071-0401 |
| 12041314 | + | Pepper Creek Farms, 1002 SW Ard St., Lawton, OK 73505-9660 |
| 12041315 | + | Pesta Finnie Associates LLP, 6826 Morrison Blvd., Charlotte, NC 28211-4381 |
| 12041316 | + | Peterson, Jimmie Lee, PO Box 1338, Goliad, TX 77963-1338 |
| 12041317 | + | Pivotal Propane, 66800 Pogue Rd, Saint Clairsville, OH 43950-9419 |
| 12041318 | + | Pocono Produce Co, PO Box 669, Stroudsburg, PA 18360-0669 |
| 12041321 | + | Praxair Distribution Inc., PO Box 382000, Pittsburgh, PA 15250-0001 |
| 12041322 | + | Quality Foods, Inc., 516-D River Hwy., PMB 376, Mooresville, NC 28117-6830 |
| 12041324 | + | Redstone Advance, Inc., 157 Church St., ste 1971, New Haven, CT 06510-2100 |
| 12041325 | | Retail Data Systems of Kansas, 1809 Sout West St. ste 1, Wichita, KS 67213 |
| 12041326 | + | Samson Welding Suppy, PO Box 670, Clarksburg, WV 26302-0670 |
| 12041327 | + | Sanitary Linen service, PO Box 343, Parkersburg, WV 26102-0343 |
| 12041328 | + | Shambach's Janitorial Service, 216 E. Hass Manor Rd., Sunbury, PA 17801-5623 |
| 12041329 | + | Skene Law FIrm, 2614 Rte. 516, Old Bridge, NJ 08857-2306 |
| 12041330 | + | Susquehanna Valley Mall, PO Box 715152, Cincinnati, OH 45271-5152 |
| 12041331 | | Sysco Pittsburg, One Whitney Drive, Harony, PA 16037 |
| 12041332 | + | Talentreef, PO Box 7410017, Chicago, IL 60674-5017 |
| 12041333 | + | The Avanza Group, LLC, 3974 Amboy Rd., Ste 306, Staten Island, NY 10308-2414 |
| 12041334 | + | Total Systems Control Inc., 1002 Oak St., Clairton, PA 15025-3112 |
| 12041335 | + | UGI Penn Natural Gas Inc, PO Box 15503, Wilmington, DE 19850-5503 |
| 12041336 | + | Vector Security, 100 Allegheny Dr., ste 200, Warrendale, PA 15086-7610 |
| 12041339 | + | Waste Management, PO Box 93538, Las Vegas, NV 89193-3538 |
| 12041340 | + | Weisenborn Plumbing Inc, PO Box 413, Lansing, OH 43934-0413 |
| 12041343 | + | XO Communications, PO Box 15043, Albany, NY 12212-5043 |

TOTAL: 76

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12041260 | | Email/Text: dcsnowden@aep.com | Mar 23 2022 19:57:00 | American Electric Power, PO Box 371496, Pittsburgh, PA 15250 |
| 12041270 | + | Email/Text: akelley@bridgeportwv.com | Mar 23 2022 19:58:00 | City of Bridgeport, PO Box 1310, Bridgeport, WV 26330-6310 |
| 12041271 | + | Email/Text: todd.dlugos@citynet.net | Mar 23 2022 19:58:00 | Citynet LLC, 100 Citynet Dr., Bridgeport, WV 26330-1784 |
| 12041278 | + | Email/Text: G06041@att.com | Mar 23 2022 19:57:00 | Direct TV, PO Box 105249, Atlanta, GA 30348-5249 |
| 12041284 | + | Email/Text: bankruptcynotices@ecolab.com | Mar 23 2022 19:57:00 | Ecolab Pest Elimination, 26252 Newtwork Place, Chicago, IL 60673-1262 |
| 12041297 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2022 19:57:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12041306 | + | Email/Text: bankruptcy@mdes.ms.gov | Mar 23 2022 19:58:00 | Mississippi Dept. Employment Security, PO Box 22730, Jackson, MS 39225-2730 |
| 12041256 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Mar 23 2022 19:57:00 | United States Trustee, Office of the United States Trustee, 515 Rusk, Suite 3516, Houston, TX |

| | | | | |
|---|---|---|---|---|
| | | | | 77002-2604 |
| 12041337 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 23 2022 19:57:00 | Verizon 85, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 12041338 | + | Email/Text: customerservice@wewja.org | Mar 23 2022 19:58:00 | Washington - East Washington Joint Autho, PO Box 510, Washington, PA 15301-0510 |
| 12041341 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 23 2022 19:57:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 12041342 | + | Email/Text: stacy.a.jacques@wv.gov | Mar 23 2022 19:57:00 | West Virginia Divison of Highways, PO Box 11013, Charleston, WV 25339-1013 |
| 12042763 | | Email/Text: TaxBankruptcy@wv.gov | Mar 23 2022 19:57:00 | West Virginia State Tax Dept, attn: bankruptcy unit, PO Box 2389, Charleston WV 25328-2389 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12041280 | ##+ | Doctor Dead Bug, 1177 Mt. Hope Rd, Ellwood City, PA 16117-6929 |
| 12041323 | ##+ | Rapid Mechanical Services, 222 North Main St., Uhrichsville, OH 44683-1833 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Lindsey Marie Harrison Madgar | on behalf of Creditor Cafaro Management Company lmadgar@cafarocompany.com |
| Nathaniel Peter Holzer | on behalf of Debtor GRP Asset Management LLC pete@npholzerlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4