United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: PARAISO LLC | § | CASE NO. 22-60011 |
| IN RE: CLAREMONT RESTAURANT GROUP, LLC | § | CASE NO. 22-60012 |
| | § | |
| IN RE: GRP ASSET MANAGEMENT, LLC, Debtors. | § | CASE NO. 22-60014 |
| | § | |
| | § | CHAPTER 11 |

**JOINTLY ADMINISTERED UNDER CASE NO. 22-60011**

## ORDER AND FINAL DECREE DISMISSING CHAPTER 11 CASES

Came on to be considered the Debtors' Motion To Dismiss Chapter 11 Cases (the "Motion"), and the Court having jurisdiction to consider the Motion, finds that the Motion should be granted as set forth in this order, it is therefore

ORDERED that Debtors' Chapter 11 cases are dismissed by this final decree.

ORDERED that the clerk shall enter a copy of this order in all three cases.

ORDERED that Debtors remain obligated for payment of all fees of the United States Trustee and must file monthly reports for all month in which their cases remain open. The Court retains jurisdiction to enforce and interpret this order.

ORDERED that the Debtors have waived any objection to the timeliness of any party's motion to reconsider this order if a motion to reconsider is filed within 14 days of entry.

Signed: June 29, 2022

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:
GRP Asset Management, LLC
Debtor

Case No. 22-60014-cml
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-6 User: ADIuser 
Date Rcvd: Jul 19, 2022 Form ID: pdf001 Total Noticed: 95

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GRP Asset Management, LLC, 516-D River Hwy., PMB 376, Mooresville, NC 28117-6830 |
| cr | + | Cafaro Management Company, 5577 Youngstown-Warren Rd, Niles, OH 44446-4803 |
| 12041257 | + | 360 Services, 51 Koweba Ln, Indianapolis, IN 46201-4107 |
| 12041258 | + | Allegra Design Marketing Print, 8017 North Point Blvd, Winston Salem, NC 27106-3203 |
| 12041259 | + | Allied Refrigeration Inc., Po Box 184, Anmoore, WV 26323-0184 |
| 12041266 | + | BMI, PO Box 630893, Cincinnati, OH 45263-0893 |
| 12041261 | + | Barton Septic Tank Service, LLC, 70170 Provident Fairpoint Rd, Saint Clairsville, OH 43950-9674 |
| 12041262 | + | Belmont County Sanitary Sewer District, PO Box 457, Saint Clairsville, OH 43950-0457 |
| 12041263 | + | Berkheimer Tax Administration, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 12041264 | + | Beverage Distributors Inc., PO Box 866, Clarksburg, WV 26302-0866 |
| 12041265 | + | Blue Cross & Blue Shield, PO Box 580086, Charlotte, NC 28258-0086 |
| 12041267 | + | Boelter Companies Inc, PO Box 734296, Chicago, IL 60673-4296 |
| 12041268 | + | Charleston FIlter Service, PO Box 710, Elkview, WV 25071-0710 |
| 12041269 | + | Cintas, PO Box 630910, Cincinnati, OH 45263-0910 |
| 12041272 | + | Columbia Gas of PA, PO Box 70285, Philadelphia, PA 19176-0285 |
| 12041273 | + | Comcast 68, PO Box 70219, Philadelphia, PA 19176-0219 |
| 12041274 | + | Compeat Inc., PO Box 120397, Dallas, TX 75312-0397 |
| 12041275 | + | Crosier's Sanitrary Service, Inc., PO Box 278, New Market, VA 22844-0278 |
| 12041276 | + | Dempsey Uniform and Linen, 1200 Mid Valley Dr., Jessup, PA 18434-1823 |
| 12041277 | + | Direct Source Products, PO Box 270530, Flower Mound, TX 75027-0530 |
| 12041279 | + | Disposal Management Services, 154 Quarry Rd., Coal Township, PA 17866-7810 |
| 12041281 | + | Dominion Energy West Virginia, PO Box 26783, Richmond, VA 23261-6783 |
| 12041282 | + | East Coast Food Equipment, Inc, 570 Industrial Dr., Lewisberry, PA 17339-9534 |
| 12041283 | + | Ecolab Chicago, PO Box 70343, Chicago, IL 60673-0343 |
| 12041285 | + | Ehrlich, PO Box 13848, Reading, PA 19612-3848 |
| 12041286 | | Eric Advisors LLC, 14504 Hertz Quail Springs Pkwy, Oklahoma City, OK 73104 |
| 12041287 | + | Farner FIre, 1299 Route 18, Burgettstown, PA 15021-2313 |
| 12041288 | + | Filter Services of Ohio Valley, PO Box 222, Flatwoods, WV 26621-0222 |
| 12041289 | | Fintech.net, 3109 W. Dr., ste 200, Tampa, FL 33607 |
| 12041291 | | Franklin Machine Products, 101 Mt. Holly Bypass, Walden, CO 80480 |
| 12041292 | ++ | GASKETS ROCK INTERNATIONAL, 409 PARKWAY VIEW DRIVE, PITTSBURGH PA 15205-1408 address filed with court:, Gaskets Rock, 504 Parkway View Dr, Pittsburgh, PA 15205 |
| 12041293 | + | Goodwin & Goodwin, PO Box 2107, Charleston, WV 25328-2107 |
| 12041294 | + | Granite Telecom, PO Box 983119, Boston, MA 02298-3119 |
| 12041295 | + | Hapchuk, Inc, 226 Rankin Rd, Washington, PA 15301-3182 |
| 12041296 | + | Harrison City Sheriff & Treasurer, 301 West Main St, Clarksburg, WV 26301-2978 |
| 12041298 | + | Ion Fire Protection, PO Box 9825, Columbus, OH 43209-0825 |
| 12041299 | + | JT Martin Fire and Safety, PO Box 670, Clarksburg, WV 26302-0670 |
| 12041300 | + | Kegel's Produce, PO Box 4682, Lancaster, PA 17604-4682 |
| 12041301 | + | Kilpatrick Townsend & Stockton LLP, 1100 Peachstree St. Ste 2800, Atlanta, GA 30309-4530 |
| 12041302 | + | Liberty Mutual Ins., PO Box 1449, New York, NY 10116-1449 |
| 12041303 | + | Lincoln Financial, PO Box 0821, Carol Stream, IL 60132-0821 |

| | | |
|---|---|---|
| 12041304 | + | Meadowbrook Mall Co., PO Box 932400, Cleveland, OH 44193-0012 |
| 12262914 | + | Meadowbrook Mall Company, 5577 Youngstown-Warren Rd., Niles, OH 44446-4803 |
| 12041305 | + | Microsoft, 1Microsoft Way, Redmond, WA 98052-8300 |
| 12041307 | + | Mr. Advance LLC, 35-12 19th Ave. Ste. 3W, Astoria, NY 11105-1001 |
| 12041308 | + | NCR Corp, PO Box 198755, Atlanta, GA 30384-8755 |
| 12041309 | + | NUCO2 Inc., PO Box 417902, Boston, MA 02241-7902 |
| 12041310 | + | Ohio Valley Mall, PO Box 932400, Cleveland, OH 44193-0012 |
| 12262913 | + | Ohio Valley Mall Company, 5577 Youngstown-Warren Rd., Niles, OH 44446-4803 |
| 12041311 | | PA Department of Revenue, Harrisburg, PA 17128-0946 |
| 12041319 | + | PPL Electric Utilities 85, 2 North Ninth St., Allentown, PA 18101-1179 |
| 12041320 | + | PR Washington Crown Limited, 1500 West Chestnut St., Washington, PA 15301-5864 |
| 12041312 | + | Pennsylvanie American Water Co, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 12041313 | + | Penteledata, PO Box 401, Palmerton, PA 18071-0401 |
| 12041314 | + | Pepper Creek Farms, 1002 SW Ard St., Lawton, OK 73505-9660 |
| 12041315 | + | Pesta Finnie Associates LLP, 6826 Morrison Blvd., Charlotte, NC 28211-4381 |
| 12041316 | + | Peterson, Jimmie Lee, PO Box 1338, Goliad, TX 77963-1338 |
| 12041317 | + | Pivotal Propane, 66800 Pogue Rd, Saint Clairsville, OH 43950-9419 |
| 12041318 | + | Pocono Produce Co, PO Box 669, Stroudsburg, PA 18360-0669 |
| 12041321 | + | Praxair Distribution Inc., PO Box 382000, Pittsburgh, PA 15250-0001 |
| 12041322 | + | Quality Foods, Inc., 516-D River Hwy., PMB 376, Mooresville, NC 28117-6830 |
| 12041324 | + | Redstone Advance, Inc., 157 Church St., ste 1971, New Haven, CT 06510-2100 |
| 12041325 | | Retail Data Systems of Kansas, 1809 Sout West St. ste 1, Wichita, KS 67213 |
| 12041326 | + | Samson Welding Suppy, PO Box 670, Clarksburg, WV 26302-0670 |
| 12041327 | + | Sanitary Linen service, PO Box 343, Parkersburg, WV 26102-0343 |
| 12041328 | + | Shambach's Janitorial Service, 216 E. Hass Manor Rd., Sunbury, PA 17801-5623 |
| 12041329 | + | Skene Law FIrm, 2614 Rte. 516, Old Bridge, NJ 08857-2306 |
| 12041330 | + | Susquehanna Valley Mall, PO Box 715152, Cincinnati, OH 45271-5152 |
| 12041331 | | Sysco Pittsburg, One Whitney Drive, Harony, PA 16037 |
| 12041332 | + | Talentreef, PO Box 7410017, Chicago, IL 60674-5017 |
| 12041333 | + | The Avanza Group, LLC, c/o Berkovitch & Bouskila, PLLC, 80 Broad St, Suite 3303, New York, NY 10004-2845 |
| 12041334 | + | Total Systems Control Inc., 1002 Oak St., Clairton, PA 15025-3112 |
| 12041335 | + | UGI Penn Natural Gas Inc, PO Box 15503, Wilmington, DE 19850-5503 |
| 12041336 | + | Vector Security, 100 Allegheny Dr., ste 200, Warrendale, PA 15086-7610 |
| 12049060 | + | W.E.W.J.A., 2 Wilson Avenue, Washington, PA 15301-3335 |
| 12041339 | + | Waste Management, PO Box 93538, Las Vegas, NV 89193-3538 |
| 12041340 | + | Weisenborn Plumbing Inc, PO Box 413, Lansing, OH 43934-0413 |
| 12041343 | + | XO Communications, PO Box 15043, Albany, NY 12212-5043 |

TOTAL: 78

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 12041260 | | Email/Text: dcsnowden@aep.com | Jul 19 2022 20:23:00 | American Electric Power, PO Box 371496, Pittsburgh, PA 15250 |
| 12041270 | + | Email/Text: akelley@bridgeportwv.com | Jul 19 2022 20:24:00 | City of Bridgeport, PO Box 1310, Bridgeport, WV 26330-6310 |
| 12041271 | + | Email/Text: todd.dlugos@citynet.net | Jul 19 2022 20:24:00 | Citynet LLC, 100 Citynet Dr., Bridgeport, WV 26330-1784 |
| 12262384 | ^ | MEBN | Jul 19 2022 20:23:54 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 12041278 | + | Email/Text: G06041@att.com | Jul 19 2022 20:24:00 | Direct TV, PO Box 105249, Atlanta, GA 30348-5249 |
| 12041284 | + | Email/Text: bankruptcynotices@ecolab.com | Jul 19 2022 20:24:00 | Ecolab Pest Elimination, 26252 Newtwork Place, Chicago, IL 60673-1262 |
| 12041297 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2022 20:24:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 12041306 | + | Email/Text: bankruptcy@mdes.ms.gov | Jul 19 2022 20:24:00 | Mississippi Dept. Employment Security, PO Box 22730, Jackson, MS 39225-2730 |
| 12262393 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 19 2022 20:24:00 | Mon Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 12253050 | | Email/Text: jgreene@sgcfoodservice.com | Jul 19 2022 20:23:00 | Springfield Grocer Company, 2415 W. Battlefield, Springfield, MO. 65801 |
| 12041256 | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jul 19 2022 20:24:00 | United States Trustee, Office of the United States Trustee, 515 Rusk, Suite 3516, Houston, TX 77002-2604 |
| 12041337 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 19 2022 20:23:00 | Verizon 85, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 12041338 | + | Email/Text: customerservice@wewja.org | Jul 19 2022 20:24:00 | Washington - East Washington Joint Autho, PO Box 510, Washington, PA 15301-0510 |
| 12041341 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 19 2022 20:24:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 12262392 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 19 2022 20:24:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 12041342 | + | Email/Text: stacy.a.jacques@wv.gov | Jul 19 2022 20:23:00 | West Virginia Divison of Highways, PO Box 11013, Charleston, WV 25339-1013 |
| 12042763 | | Email/Text: TaxBankruptcy@wv.gov | Jul 19 2022 20:23:00 | West Virginia State Tax Dept, attn: bankruptcy unit, PO Box 2389, Charleston WV 25328-2389 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12041280 | ##+ | Doctor Dead Bug, 1177 Mt. Hope Rd, Ellwood City, PA 16117-6929 |
| 12041290 | ##+ | Fishbowl, 44 CanalCenter Plaza, Ste 500, Alexandria, VA 22314-1563 |
| 12041323 | ##+ | Rapid Mechanical Services, 222 North Main St., Uhrichsville, OH 44683-1833 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |

| | |
|---|---|
| Lindsey Marie Harrison Madgar | on behalf of Creditor Cafaro Management Company lmadgar@cafarocompany.com |
| Nathaniel Peter Holzer | on behalf of Debtor GRP Asset Management LLC pete@npholzerlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4